# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DAVID MORALES, JR.,**

    **Plaintiff,**

v.                                            **Case No: 6:18-cv-194-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

___

# ORDER

This case is before the Court on Plaintiff's Complaint (Doc. 1) to obtain judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for Supplemental Security Income benefits. The United States Magistrate Judge has submitted a Report and Recommendation (Doc. 16) recommending that the Commissioner's decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). No objection to the Report and Recommendation has been filed, and the time for filing objections has passed.

After review of the record, and noting that no objection to the Report and Recommendation has been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed October 9, 2018 (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for the reasons stated in the Report and Recommendation.

3. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and to thereafter close this file.

**DONE** and **ORDERED** in Orlando, Florida, on October 2Y, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record